UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LAUREL HILBERT, *on behalf of himself and all others* : 
*similarly situated*, :
 :
                Plaintiff, :      24-CV-9923 (JMF)
 :
          -v- :      ORDER
 :
CITY CLUB HOTEL LLC, :
 :
              Defendant. :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 2, 2025
       New York, New York
                                                  JESSE M. FURMAN
                                           United States District Judge