UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/19/2025
```

LAUREN HILBERT,

                                          Plaintiff,                    24-CV-09923 (JMF)(SN)

                   -against-                                            **ORDER**

CITY CLUB HOTEL LLC,

                                          Defendant.

--------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed the Complaint on December 24, 2024. ECF No. 1. Defendant was served

on January 28, 2025. ECF No. 9. Defendant's answer or response to the Complaint was due

February 18, 2025. As of the filing of this Order, Defendant has not appeared in this case or

responded to the Complaint. Plaintiff is ORDERED to file a letter by February 26, 2025,

indicating whether she has had any contact with Defendant.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:          February 19, 2025
                New York, New York