UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAUREN HILBERT,

                          Plaintiff,

         -against-

CITY CLUB HOTEL LLC,

                         Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2025

24-CV-09923 (JMF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On February 19, 2025, the Court ordered Plaintiff to file a letter indicating whether she has had any contact with Defendant by February 26, 2025. ECF No. 10. Plaintiff has not filed this letter. Plaintiff is ORDERED to file a letter no later than March 6, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    February 27, 2025
              New York, New York