```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAUREL HILBERT,

                                Plaintiff,

              -against-

CITY CLUB HOTEL LLC,

                                Defendant.

------------------------------------------------------------------X

24-CV-09923 (JMF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On March 6, 2025, Plaintiff filed a letter updating the Court regarding his communication with Defendant. ECF No. 12. Defendant is directed to appear and file an answer or otherwise respond to the complaint no later than March 14, 2025. If Defendant fails to appear, Plaintiff may move for default judgment pursuant to Federal Rule of Civil Procedure 55 no later than April 4, 2025. Plaintiff is directed to serve Defendant with a copy of this Order (1) by mail at 55 West 44th Street, New York, NY 10036, and (2) by email with Steve Vargas, General Manager of City Club Hotel. Plaintiff shall file a certificate of service with the Court.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      March 7, 2025
                 New York, New York